FORM B - BUILDING

MASSACHUSETTS HISTORICAL COMMISSION
Office of the Secretary, State House, Boston

Pl~ N COH
USGS - NAN

| In Area no. | Form no. |
|---|---|
| A | 101 |

1. Town __Cohasset__

Address ~~819~~ 811 Jerusalem Road

Name __Pope Memorial Church__

Present use __United Methodist Church; meeting place for A.A., Alanon and similar groups; services by other denominations.__

Present owner __United Methodist Church__

Description:

Date __1900__

Source __Deed__

Style __Richardsonian__

Architect __?__  Fred Pope

Exterior wall fabric __Seam-faced Quincy granite__

Outbuildings (describe) _____

Other features __Red roof tiles imported from Italy have been removed and replaced by asbestos roofing material.__

Altered __Yes__                Date __?__

Moved __No__                   Date _____

5. Lot size:

One acre or less __x__   Over one acre _____

Approximate frontage __180 feet__

Approximate distance of building from street __100 feet__

6. Recorded by __Linda V. Hewitt__

Organization __Cohasset Historical Commission__

Date __April 1972__

other buildings. Indicate north.

[Sketch map: N arrow; Straits Pond; Jerusalem Road; Cemetery Rd.; Hall St.; Private Way]

DO NOT WRITE IN THIS SPACE
USGS Quadrant _____
MHC Photo no. _____

7. Original owner (if known) _____Albert A. Pope, Albert L. Pope and Benjamin Hyde, Trustees_____

   Original use ___Church___

   Subsequent uses (if any) and dates _____

8. Themes (check as many as applicable)

   | | | | | | |
   |---|---|---|---|---|---|
   | Aboriginal | ___ | Conservation | ___ | Recreation | ___ |
   | Agricultural | ___ | Education | ___ | Religion | x |
   | Architectural | x | Exploration/settlement | ___ | Science/invention | ___ |
   | The Arts | ___ | Industry | ___ | Social/humanitarian | ___ |
   | Commerce | ___ | Military | ___ | Transportation | x |
   | Communication | ___ | Political | ___ | | |
   | Community development | ___ | | | | |

9. Historical significance (include explanation of themes checked above)

   The building was erected in 1900 from funds given by Colonel and Mrs. Albert A. Pope in memory of their son, Charles Linder Pope, who drowned at the age of eighteen on the twenty-first of April, 1898. The church was non-denominational until 1923 when the parish of the North Cohasset Methodist Church joined the Pope Memorial parish.

   Col. Pope, a wealthy manufacturer who had established the first bicycle factory in the United States at Hartford, Connecticut in 1877, spent $300,000. on the building. Another benefactor was Miss M.V. McCormick, daughter of Cyrus. She donated $5,000.

   The original seating capacity was about 240 in the church and 60 in the vestry. The original pews have been removed.

   In 1899 Elizabeth and James Beal sold the land to Col. Albert A. Pope for $1,000. On Sept. 15, 1900 Albert A. Pope sold to Albert A. Pope, Albert L Pope and Benjamin D. Hyde for $1.00 "...certain parcel of land with the 'Pope Memorial Church' thereon... subject to the restriction that no building except a church and other structures properly appurtenant to a church, shall ever be erected on the granted premises..." (Norfolk County Registry of Deeds, Book 879, p. 232) In the same deed Col. Pope instructed the Trustees "...to permit any Protestant Religious Corporation, Society or Association of individuals maintaining public worship statedly in North Cohasset, which in their discretion they may...see fit to designate, to use and occupy said Church for public worship, the maintenance of a Sabbath School, religious meetings, and such other purposes ... I enjoin upon the trustees hereunder ever to keep in mind the fact that the church has been erected by me as a memorial for my deceased son, Charles Linder Pope, and it is my desire that the trust be administered in the spirit of the words which I have caused to be written upon its walls, 'Love to God and Love to Man,'..."

10. Bibliography and/or references (such as local histories, deeds, assessor's records, early maps, etc.)

    Pratt, Burtram J., *A Narrative History of the Town of Cohasset, Massachusetts*, Volume II, p. 50, 51, 23

    Davenport, George Lyman and Elizabeth Osgood, *The Genealogies of the Town of Cohasset*, p. 617

    *Who Was Who in America*, pp. 98-982

    Norfolk Cou

# INVENTORY FORM CONTINUATION SHEET

MASSACHUSETTS HISTORICAL COMMISSION
MASSACHUSETTS ARCHIVES BUILDING
220 MORRISSEY BOULEVARD
BOSTON, MASSACHUSETTS 02125

Town: Cohasset

Property Address: 811 Jerusalem Road

Area(s) | Form No.
--- | ---
 | COH 101

Added information, COH 101, Pope Memorial Church:

The Pope Memorial Church was instituted as a non-denomination chapel. Its first pastor was Rev. Cecil Harper, who had been instrumental in suggesting the concept of the memorial chapel. He served fourteen years after the opening of the church, from its opening to his death. The building reportedly was built at a cost of $300,000.

By the early 1920's a move was made to consolidate the nearby Methodist Episcopal Church at Hull St. with the newer Pope Memorial. The Methodist Episcopal parish was founded in 1818. It appears that by 1923 both parishes were struggling financially and consolidation was seen to benefit both churches. By 1925 the older parish on Hull St. and the Pope Memorial joined and the latter became a part of the Methodist Church organization. G.S. Tower, in his article about the Pope Memorial, states "Since this union was formed, ministers have been assigned by Bishops of the Methodist Church of the New England Southern Conference". In 1925 the older church building on the Cohasset side of Hull St. was torn down, but its nearby parsonage, at 107 Hull St. became the parsonage for Methodist Ministers of the Pope Memorial. (Parsonage is COH 641).

The list of Pastors from Rev. Cecil Harper, the first (1900-1914) is as follows: Rev. William Dunbar (1915-1916); Student Pastors (1917-1922); Rev. E.S. Johnson (1923-1924); Rev. Frederick Coleman (1925 - 1926); Rev. Andrew Muirhead (1927-1933); Rev. John Annas (1934 - 1936); Student Pastors (1937-1938); Rev. L.C. Robinson (1939 - 1943); Rev. Clyde Teel (1944-1946); Rev. Alfred Wood (1947-1948); Rev. Thomas Hendrix (1948-1949), Rev. J. David Townsend (1949 - 1950); Rev. Franklin Blanchard; Rev. John Van Duzer; then in 1963 Rev. Earle Luscombe of New Bedford.

By 1980 the Methodist parish at Pope Memorial appears to have waned, and shortly the Pope Memorial was purchased by the South Shore Hellenic Church, becoming a Greek Orthodox church. Rev. Iakovos Coucouzis occupied the pastorate; later he become Archbishop of North and South America of the Greek Orthodox faith. *

A notable public event held annually at the Jerusalem Rd. church is the summer "Taverna", a Greek celebration or festival featuring ethnic foods and events.

Full name of the church now is Panagia Greek Orthodox Church.

Bibliography: Tower, Gilbert S.; Historical Map of Jerusalem Rd. from Forest Ave. to West Corner.
"Pope Memorial Church..Fiftieth Anniversary 1900-1950", booklet.
South Shore Hellenic Church and Cultural Association, booklet c. 1980.
Cohasset Historical Society; Archive files.

DHW

*...held services at Pope Memorial on summer Sundays in earlier years. Present Greek Orthodox Church is Rev. John Maheras (1997)

NOV 0 6 1997

# INVENTORY FORM CONTINUATION SHEET

MASSACHUSETTS HISTORICAL COMMISSION
MASSACHUSETTS ARCHIVES BUILDING
220 MORRISSEY BOULEVARD
BOSTON, MASSACHUSETTS 02125

Town: Cohasset   Property Address: 811 Jerusalem Rd.

Area(s): COH   Form No.: 101

THIS IS A MASS. ARCHIVES RECORD FOR PLANS FOR POPE CHURCH IN THEIR FILES. CONTACT THEM @ 617-727-2816 TO ARRANGE FOR AN APPOINTMENT TO SEE THEM.

---

BUILDING INSPECTION DEPARTMENT—DISTRICT POLICE
PLAN RECORD

CASE: B   RACK: 2   APART: 22   NO: 5618
BUILDING: Pope Memorial Church   STORIES: 1B
CITY OR TOWN: Cohasset   STREET:
TO BE USED FOR: Memorial church to Charles Linder Pope   CLASS: Church
OWNER: Col. Albert A Pope   Stone Wood
ARCHITECT: Fred Pope
CERTIFICATE APPROVAL—SPECIFICATION REQUIREMENTS—REFERRED
DATE: July 28/00
INSPECTOR: Brown